# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **Woodham v. Athens Township Police Department et al.** : : : | CIVIL NO. 4:CV-10-0369 |
| | : | (Judge Conner) |
| **Inmate:** | **James C. Woodham** : | |
| | : | (Magistrate Judge Smyser) |
| **ID Number:** | **FG-8575** : | |

## ORDER

On February 19, 2010, James C. Woodham, an inmate currently confined at the State Correctional Institution, Coal Township, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis in a civil rights case. By Administrative Order dated February 23, 2010 (Doc. 6), the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in forma pauperis and an authorization form.

On February 24, 2010, Woodham submitted an application to proceed in forma pauperis (Doc. 7), however, it was not the proper form which is required when filing a civil rights complaint. In addition, he did not file the necessary authorization form. On April 21, 2010, a Second Administrative Order was issued (Doc. 9) directing the Plaintiff either to pay the $350.00 filing fee or submit an application to proceed in forma pauperis and an

authorization form within ten (10) days or the case would be dismissed.  The required forms were again enclosed with the Administrative Order.

More than ten (10) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

        S/ Christopher C. Conner  
        CHRISTOPHER C. CONNER  
        United States District Judge

Date:  May 7, 2010